[No. 7486–2–III.  Division Three.  January 29, 1987.]

JEANINE CLINE, ET AL, *Appellants,* v. LINDA
LATHROP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 85–1–01028–5, James M. Murphy, J.,

entered November 5, 1985. *Reversed* and *remanded* by McInturff, C.J., concurred in by Munson and Thompson, JJ.